UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DEADWILEY, | ) | CASE NO. 1:25-CV-1110 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM OPINION AND** |
| STATE OF OHIO, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*Pro se* Plaintiff James Deadwiley filed a motion for exemption from debt obligation on August 8, 2025 requesting that the Court waive the payment of the filing fee in this case because he is exempt under O.R.C. § 2329.66. (ECF No. 7). On July 10, 2025, the Court granted Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to pay the total filing fee of $350 under the procedures outlined in 28 U.S.C. § 1915(b). (ECF No. 4). On that same day, the Court dismissed this case. (ECF Nos. 5 and 6).

"[I]f a prisoner brings a civil action… the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). Ohio Revised Code Section 2329.66 does not apply here. It exempts certain property from "execution, garnishment, attachment, or sale to satisfy a judgment or order." O.R.C. § 2329.66(A). Here, there is no judgment or order to be satisfied. Plaintiff is required to pay a filing fee to bring the civil action he filed. 28 U.S.C. § 1915(b)(1). He must pay this fee in order to file the case at all, which is then a prerequisite to the issuance of any judgment or order in the case. *See Beightler v. Ohio Health*, 2019 WL 5629804, at *1 (S.D. Ohio Oct. 31, 2019). Accordingly, Plaintiff's motion for exemption is **DENIED**. (ECF No. 7).

**IT IS SO ORDERED.**

Date:  August 20, 2025

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

2